UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Community Stabilization Project,

Plaintiff,

v.

Andrew M. Cuomo, in his official capacity as Secretary of the Department of Housing and Urban Development, The United States Department of Housing and Urban Development (HUD), The City of St. Paul, Carey Apartments Limited Partnership, and Firstar Trust Co.

Defendants.

Civil No. 00-1761 (ADM /SRN)

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by September 4, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before December 1, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before May 1, 2001.

FILED NOV 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

b. By Defendant(s) on or before June 1, 2001.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By Plaintiff(s) on or before July 2, 2001.

   2. By Defendant(s) on or before August 1, 2001.

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 50 requests for documents shall be served by any party.

7. No more than 50 requests for admissions shall be served by any party.

8. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 5 expert depositions.

**<u>Non-Dispositive Motions</u>**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings must be served by June 1, 2001. All motions which seek to add parties must be served by February 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 14, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**<u>Dispositive Motions</u>**

1. All dispositive motions shall be served, filed and heard by November 2, 2001, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(COURT)** on December 3, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 days.

Dated: November 21, 2000.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge