UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COMMUNITY STABILIZATION PROJECT,

Plaintiff,

v.

ANDREW M. CUOMO, ET AL,

Defendants.

ORDER

Civil No. 00-1761(ADM/SRN)

---

Pursuant to Local Rule 7.1(c) Plaintiff has filed a Motion for Enlargement of Page Limitation to permit a 61-page memorandum in response to defendants' motions to dismiss. Defendant HUD also has made a Motion for Enlargement of Page Limitation to allow 4 additional pages to respond to the plaintiff's 61-page memorandum in opposition. After a review of the files and records herein and IT IS HEREBY ORDERED that both of these motions are GRANTED.

Dated: January 5, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

JAN 0 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS