**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Community Stabilization Project,

Plaintiff,

v.

**ORDER**
Civil No. 00-1761 ADM/SRN

Mel Martinez, in his official capacity as Secretary of the Department of Housing and Urban Development; the United States Department of Housing and Urban Development; City of St. Paul; Carey Apartments Limited Partnership; and Firstar Trust Co.,

Defendants.

---

John Cann, Esq., Timothy Thompson, Esq., and Ann M. Norton, Esq., St. Paul, Minnesota, on behalf of the Plaintiff.

Eric D. Larson, Esq., Assistant City Attorney for St. Paul, Minnesota, on behalf of the Defendants.

---

This matter is before the undersigned United States District Judge pursuant to Plaintiff's Motion for a Stay/Injunction Pending Appeal [Doc. No. 47]. *See* Fed. R. Civ. P. 62(c). The Motion is decided after a review of the written submissions of the parties. Plaintiff lacks standing, has failed to make a showing of its likelihood of success on the merits, has not demonstrated a risk of irreparable harm, and asserts that it is unable to post the requisite supersedeas bond. Meanwhile, Defendants have demonstrated that they will suffer substantial harm if the injunction is issued. Furthermore, the Court issued the Order granting the Motion to Dismiss on February 27, 2001, Plaintiff filed an appeal on April 24, 2001, and Plaintiff delayed in seeking an injunction pending appeal until September 14, 2001.

SEP 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Based upon the all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Stay/Injunction Pending Appeal [Doc. No. 47] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2001