UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Community Stabilization Project,
Plaintiff,

Civil 00-1761 ADM/SRN

v.

Mel Martinez, et al.,
Defendants.

COST JUDGMENT

The costs of Defendant City of St. Paul have been taxed and allowed by the Clerk of this Court against Plaintiff Community Stabilization Project as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for exemplification and copies | $ 187.50 | $ 0.00 |
| TOTAL: | $ 187.50 | $ 0.00 |

Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of October 24, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

OCT 24 2002